UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------- ------------

ANGELA WILLIAMS,

                       Petitioner,

    vs                                                1:07-MC-55

MICHAEL CHERTOFF, In His Capacity as
the Secretary of Homeland Security,

                       Respondent.

---------------------------------------

APPEARANCES:                                    OF COUNSEL:

ALICE K. BERKE, ESQ.                     FREDERICK P. KORBOSZ, ESQ.
Attorneys for Plaintiff
The Berke-Salem Building
930 Madison Avenue
Albany, NY 12208

DAVID N. HURD
United States District Judge

### **O R D E R**

      The petitioner, Angela Williams, has filed a Petition for Naturalization or Mandamus and Injunctive Relief. The petitioner's Certificate of Service does not reflect proper service upon respondent. The respondent has stated that he will not be appearing in this action until and unless proper service is effected upon him. Consequently, no opposition has been filed with regard to the Petition which is dismissed for failure to properly serve the respondent.

      Therefore, it is

      ORDERED that the petition and request for mandamus and injunctive relief is DENIED, without prejudice.

      IT IS SO ORDERED.

Dated:  August 21, 2007

                                                                United States District Judge

Utica, New York.